# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| FASHIRA CRAWFORD, | Civil No. 13-2462 (JRT/SER) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| J.A. NICKLIN, | |
| Respondent. | |

___

Fashira Crawford, 08095-030, Federal Correctional Institution, P.O. Box 1731, Waseca, MN 56093, *pro se* petitioner,

David Fuller, Gregory Brooker, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated January 27, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Crawford's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**; and

2.  This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 11, 2014                      ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                                  United States District Judge